■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUN Y. HWANG, Appellant. [792 NYS2d 921]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Hudson, J.), rendered March 23, 2004, convicting her of unauthorized practice of a profession (*see* Education Law § 6512 [1]), upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed (*see People v Eun Sil*

*Jang*, 17 AD3d 693 [2005] [decided herewith]). Florio, J.P., Adams, Luciano and Skelos, JJ., concur.